In the Matter of the Appointment of Hon. LEANDER B. FABER as an

Official Referee.— Hon. Leander B. Faber appointed an official referee to take effect as of January 1, 1938. Present — Hagarty, Carswell, Davis, Johnston, Adel, Taylor and Close, JJ.